IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-141 |
| | ) | (VARLAN/GUYTON) |
| SHANNON JAMES, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the district court as may be appropriate. This cause is before the undersigned on the defendant's Motion for Leave to File Further Motions [Doc. 18], filed on January 6, 2006. In this motion, defense counsel asks for leave to file additional motions beyond the motion-filing deadline because such may be necessary to provide the effective assistance of counsel to the defendant.

Absent any showing of the type of motion the defendant desires to file or of specific need, the defendant's motion is **DENIED**. If the defendant desires to file a specific motion, he may move for the Court's leave to file that particular motion. Counsel is encouraged to request any such leave

expeditiously so that any motions may be taken up at the pretrial conference. Accordingly, the defendant's Motion for Leave to File Further Motions [**Doc. 18**] is **DENIED**.

    **IT IS SO ORDERED.**

                       ENTER:

                         s/ H. Bruce Guton
                      United States Magistrate Judge