UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-141 |
| | ) | (VARLAN/GUYTON) |
| SHANNON JAMES, | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the following motions by the defendant, all of which were filed on January 6, 2006:

> (1) Motion for Disclosure of Evidence Government Intends to Use at Trial [13];
>
> (2) Motion for Disclosure of Existence of Leniency or Preferred Treatment [15]; and
>
> (3) Motion for Disclosure of Statements Government Will Seek to Attribute to Defendant [17].

On January 26, 2006, the defendant entered a plea of guilty before District Judge Thomas A. Varlan. Accordingly, the defendant's motions [**Docs. 13, 15,** and **17**] are **DENIED as moot**.

    **IT IS SO ORDERED.**

                        ENTER:

                                       s/ H. Bruce Guyton
                                United States Magistrate Judge